AUTOMATIC SPRINKLER COMPANY OF AMERICA, Appellant, *v.* EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LIMITED, OF LONDON, Respondent.

*Automatic Sprinkler Co. of America* v. *Employers' L. Assur. Corpn., Ltd.,* 163 App. Div. 671, affirmed.

(Argued May 16, 1917; decided June 5, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered July 31, 1914, which affirmed an order of the court at a Trial Term setting aside a verdict directed in favor of plaintiff and granting a new trial in an action upon a policy of liability insurance. The court entertained the motion to set aside the verdict and for a new trial upon a condition of the policy requiring an action brought upon the policy to be begun within ninety days after payment of loss, and it appearing from the evidence that the loss was paid on March 20, 1911, and that the action was not begun until October 12, 1911, the court granted the motion as a matter of law and not as a matter of discretion.

*J. Stewart Ross* for appellant.

*Bertrand L. Pettigrew* and *Walter L. Glenney* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs, including costs of Trial Term and the costs directed to be paid by the Appellate Division; no opinion.

Concur: CHASE, COLLIN, HOGAN, POUND, CRANE and ANDREWS, JJ. Not voting: HISCOCK, Ch. J.